IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TARA LEWANNA ABDULLAH,
   Plaintiff,

v.

PENNYMAC LOAN SERVICES, LLC,
   Defendant.

Civil Action No.
1:24-cv-05769-SDG

## OPINION AND ORDER

This matter is before the Court on its sua sponte review of the docket. Pro se Plaintiff initiated this case on December 16, 2024. The pro se form she used to file the Complaint made clear that a failure to keep her address current with the Clerk's Office could result in the dismissal of the case.[1] This mandate is echoed in the local rules. LR 41.2(B), NDGa ("The failure of . . . a party appearing *pro se* to keep the clerk's office informed of any change in address and/or telephone number which causes a delay or otherwise adversely affects the management of the case shall constitute grounds . . . for dismissal of the action without prejudice . . . ."). Despite this, Plaintiff has failed to update her address with the Clerk's Office and mail sent to her by the Court was returned as undeliverable.[2]

---

[1]    ECF 3, at 6.

[2]    ECF 7.

1

Accordingly, the Clerk is **DIRECTED** to **DISMISS** this action **WITHOUT PREJUDICE** because of Plaintiff's failure to comply with LR 41.2(B).

**SO ORDERED** this 4th day of March, 2025.

_____
Steven D. Grimberg
United States District Judge